JACQUES D. DEL MONTE, Respondent-Appellant, v. EMPIRE CAB SERVICE, INC., et al., Appellants, and ARTHUR CHAN, Respondent, et al., Defendants.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ELIZABETH A. FRIEDBERG, Respondent, v. MORRIS FRIEDBERG, Appellant.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Estate of JENAT DE W. APPLEBY, Deceased. STATE TAX COMMISSION, Appellant; CHARLES H. APPLEBY et al., as Executors of JENAT DE W. APPLEBY, Deceased, Respondents.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

HERMAN WAGMAN, Respondent, v. AMERICAN FIDELITY & CASUALTY CO., INC., et al., Appellants, and BOND STORES, INCORPORATED, et al., Respondents.— No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.; Callahan, J., dissents and votes to grant judgment for the defendants. [201 Misc. 325.]

(April 18, 1952.)

In the Matter of SIDNEY H. ROSEN et al., Appellants, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Present — Peck, P. J., Glennon, Cohn and Shientag, JJ.